UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA DICKS,

                Plaintiff,

- against -

BROOKSTONE COMPANY,

                Defendant.

22-cv-6188 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The September 28, 2022 conference is canceled. The time to serve the defendant is extended to **November 4, 2022**. The plaintiffs are advised that failure to serve the summons and complaint by November 4, 2022 may be grounds for dismissal of the complaint, for failure to prosecute, pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

Dated:    New York, New York
            September 19, 2022

                                      John G. Koeltl
                                 United States District Judge