UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA DICKS,

               Plaintiff,

      - against -

BROOKSTONE COMPANY, INC.,

               Defendant.

22-cv-6188 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time to respond to the complaint is extended to 1/13/23. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by 1/27/23. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           December 19, 2022

                                                John G. Koeltl
                                     United States District Judge