```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

VICTORIA DICKS,

              Plaintiff,

    - against -

BROOKSTONE COMPANY, INC.,

              Defendant.

22-cv-6188 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On January 30, 2023, this Court entered an Order to Show Cause directing the defendant to show cause as to why a default judgment should not be entered against the defendant. ECF No. 14. In that Order, the plaintiff was directed to serve a copy of the Order to Show Cause on the defendant and to file proof of service on the docket. The plaintiff has not done so. Accordingly, the time to serve the Order to Show Cause on the defendant is extended to **February 21, 2023**, and the plaintiff should file proof of service on the docket.

    The time for the defendant to respond to the Order to Show Cause is extended to **March 7, 2023**.

SO ORDERED.

Dated:    New York, New York
            February 14, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge