UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTORIA DICKS,

               Plaintiff,

- against -

BROOKSTONE COMPANY, INC.,

               Defendant.

---

22-cv-6188 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On February 14, 2023, this Court extended the time for the plaintiff to serve the Order to Show Cause on the defendant to February 21, 2023. The plaintiff has not yet filed proof of service of that Order. Accordingly, the time to serve the Order to Show Cause on the defendant is extended to **April 7, 2023**. If the plaintiff fails to serve the Order by that date, the case will be dismissed for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            March 21, 2023

                                      John G. Koeltl
                              United States District Judge