UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA DICKS,

                Plaintiff,

    - against -

BROOKSTONE COMPANY, INC.,

                Defendant.

22-cv-6188 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On March 21, 2023, this Court extended the time for the plaintiff to serve the Order to Show Cause on the defendant to April 7, 2023. ECF No. 16. In that Order, the plaintiff was cautioned that if the plaintiff failed to serve the Order to Show Cause by that date, the case would be dismissed for failure to prosecute.

    The plaintiff has not filed proof of service of the Order to Show cause, and the date for service has long passed. Accordingly, this case is **dismissed without prejudice** for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
            May 23, 2023

                                          John G. Koeltl
                                    United States District Judge